FILED
JAN - 3 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

I am worried that somehow I've become irrelevant in my efforts to bring challenges to what I know to be abuses in the institution I'm incarcerated at.

For example, I filed a request for a preliminary injunction to prevent the further illegal seizure of my legal documents, which were portraits for submitting as exhibits in the case 17-157-LPS.

The seizure of my legal documents was done just before my legal visit with class counsel. I have not been provided with any paperwork to understand their reasons for interfering and retaliating against me in such a profoundly blatant way, but I have been told that one of the officers knew it was wrong and voiced his concern.

The documents are protected free speech expressions, and authentic legal papers. The prison has no right to keep these, let alone seize them. The longer

them have them, the longer I am obstructed from filing them, and the greater the opportunity they have to destroy them, to lose them, to discuss them in regards to the class action, or to tamper with them.

The preliminary injunction was requested months ago. If I have drawn your, or the Court's ire, please inform me of my misstep so that I can take measures to rectify it. Otherwise, I am in a position that the defendants have no reason to suspect they will be held to answer for unconstitutional conduct. Their actions will continue unless the Court issues an Order to Show Cause.

Truly yours,

Donald Parkell

1181 Paddock Rd.
Smyrna, De. 19977
December 28th, 2017



I/M Donald Parkell
SB# 279114  UNIT 17-B
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court / US District Court
844 N. King St.
Unit 18
Wilm., De 19801