Donald Parkell, plaintiff        v.        Maria Lyons, et.al., defendant

Civ. A. No 1:17-CV-01496-LPS

FILED FEB 28 2018 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## SECOND SUPPLEMENT TO COMPLAINT

Since the initial filing, and the first supplement, a new circumstance has occurred that this brought to my attention another act of retaliation for my filing a class action lawsuit to represent the inmates held hostage, beat by officers upon rescue, and denied medical and mental health care subsequently.

This case involves a concerted effort by staff at JTVCC to obstruct my First Amendment Rights to speech, to expression, to privacy in my legal visits, to privacy in my legal documents and filings, attorney-client privilege, harrassment, theft, due process regarding confiscations, and interference with access to the Courts.

Recently, an article appeared in the News Journal in which I was made aware that the staff at the DOC and in JTVCC have again violated my First Amendment Right to have Access to the Media. The spokeswoman Jayme

Grau[?] and [?] [?] and Esteban Parra of the News Journal, and Delaware Online, were denied a visit with me based on a policy quoted by her as "Offenders shall be provided reasonable access to the communications media subject to the limitations necessary to maintain order, security, and to protect privacy". No other details were provided to the reporters.

Delaware's DOC believes it does not have to follow the Constitution or provide prisoner rights mandated by law.

New party:

Dana Metzger is the Warden at JTVCC. He is finely attuned to all sensitive decisions pertaining to the treatment of anyone from C-building. He is sued in his individual capacity.

The denial of access to the two named reporters violated my First Amendment and Eighth Amendment rights. I was denied access to the media, and subjected to retaliation for the lawsuit filed as Parkell et. al. v. Pierce et. al. # 17-157-LPS.

the operative pleading, and fully incorporates the original complaint and the first supplement as if stated in their entirety herein.

The relief sought is compensatory and punitive damages.

Pursuant to 28 U.S.C. 1746, I declare and verify under penalty of perjury that the foregoing is true and correct.

Donald Parkell

SCI Camp Hill
PO Box 200
Camp Hill, Pa. 17001
Date: Feb. 14, 2018

CERTIFICATE OF SERVICE

I Donald Parkell hereby certify under penalty of perjury that I have sent a true and correct copy of the 2nd supplemental to the Court through US mail on Feb. 14th 2018. I cannot e-file and have no access to the law library yet, so I request the Clerk of Court to serve the defendants as appropriate.

Respectfully,
Donald Parkell

SCI CAMP HILL
PO Box 200
Camp Hill, Pa. 17001
Dated Feb. 14, 2018



Envelope from Seitz, Van Ogtrop & Green, P.A., Attorneys and Counselors at Law, 222 Delaware Avenue, Suite 1500, Post Office Box 68, Wilmington, Delaware 19899, addressed to Office of the Clerk, United States District Court, 844 North King St Unit 18, Wilmington, DE 19801-3570. Postmarked Wilmington DE, Feb 27 2018, $000.470. Filed stamp: FEB 28 2018, U.S. District Court, District of Delaware.

Handwritten note: "NOTE: SENT TO Federal Civil Panel Counsel. FCP Counsel is not representing PLTF for this case. —Bob"